UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

               Plaintiff,

        -against-

ROBERT CARLUCCI, in his individual
capacity, TOWN/VILLAGE OF HARRISON,

               Defendant.

**ORDER**

26-CV-05074 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on June 16, 2026. (Doc. 1). Plaintiff appears to seek to file a partial sealed case, as the complaint names plaintiff as "Jane Doe." Pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions ("ECF Rules"), such a proceeding must be commenced as a miscellaneous case with leave from the Court to proceed using a pseudonym. Accordingly, this action is dismissed for failure to comply with ECF Rules 6 and 14.

Plaintiff may, if they be so advised, commence a new action in accordance with ECF Rules 6 and 14. Plaintiff is referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in commencing the action.

The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated: White Plains, New York
       June 18, 2026

_____
Philip M. Halpern
United States District Judge